against Lucile C. Becker, individually and as administratrix, etc., and others. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 147 N. Y. Supp. 1103.

CLAUSON et al., Appellants, v. CLAUSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 15, 1914.) Action by John H. Clauson and another against Henry P. Clauson and others. No opinion. Judgment affirmed, with costs.

CLEMENT et al. v. SARATOGA HOLDING CO. et al. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by John B. Clement and another, as executors, etc., against the Saratoga Holding Company and others.

PER CURIAM. Judgment modified, by providing that it shall not prejudice the rights of any of the parties to make claim for any surplus moneys which may remain in the hands of the trustee in bankruptcy after all the creditors of the Holding Company are paid, together with the fees and expenses of the trustee, and the provisions of the judgment fully performed. See, also, 146 N. Y. Supp. 1087.

COFFIN v. TEVIS. RAMBAUT v. SAME. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Actions by George M. Coffin and by Thomas D. Rambaut against William S. Tevis. No opinion. Motions to dismiss appeals denied, without costs. Orders filed. See, also, 150 App. Div. 925, 135 N. Y. Supp. 1105.

COHN v. TANNER MOTOR CAR CO. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Isaac J. Cohn against the Tanner Motor Car Company. No opinion. Motion granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 147 N. Y. Supp. 574.

COLARRISI, Respondent, v. POTATO CREEK R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by Pitero Colarrisi, an infant, etc., against the Potato Creek Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE, J., dissents, upon the ground that no negligence of Brice was shown.

COLE, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Ashley T. Cole against William M. Harris. No opinion. Order granting new trial unanimously affirmed, with costs. See Azzara v. Nassau Electric R. R. Co., 134 App. Div. 167, 118 N. Y. Supp. 830.

COLOMBET, Appellant, v. TOURAINE CO., Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Jean B. Colombet against the Touraine Company. H. A. Andrewes, of New York City, for appellant. L. G. McAneny, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

COMER, Appellant, v. CONEY ISLAND & B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by John T. Comer against the Coney Island & Brooklyn Railroad Company. No opinion. Order affirmed, costs to abide the event.

COMESKY et al., Respondents, v. FELLOWS, Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by Stephen Comesky and James B. Morier, copartners doing business under the firm name and style of Comesky & Morier, against J. Frank Fellows. No opinion. Motion denied. See, also, 161 App. Div. 23, 146 N. Y. Supp. 275.

COMMISSIONER OF PUBLIC CHARITIES OF CITY OF NEW YORK, Respondent, v. SANDMAN, Appellant. (Supreme Court, Appellate Division, Second Department, May 1, 1914.) Action by the Commissioner of Public Charities of the City of New York, on complaint of Lillian Rushford, against Milton Sandman. No opinion. Order of filiation of the Court of Special Sessions affirmed.

CONAHAN, Respondent, v. TERRY & TENCH CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 15, 1914.) Action by Daniel Conahan against the Terry & Tench Company.

PER CURIAM. The order excludes from the examination portions of plaintiff's history peculiarly within his knowledge, and his physical conditions at periods that should be known to determine the nature, extent, or progress of his injury. Order modifying the order of examination reversed, with $10 costs and disbursements, with direction that plaintiff appear for examination upon two days' notice to his attorneys.

CONDESSO, Respondent, v. RAY PUBLISHING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by Lizzie Condesso against the Ray Publishing Company.

PER CURIAM. Judgment and order affirmed, with costs.

MERRELL, J., dissents, upon the ground that the verdict is excessive.

CONTENT et al., Respondents, v. ROBERTSON, Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Harry Content and others against Sarah L. Robertson. A. Benedict, of New York City, for appellant. H. L. Scheuerman, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COPLAND–RAYMOND CO., Respondent, v. GOTTFRIED et al., Appellants. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by the Copland-Ray-